**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-7168

_____

JOSEPH LAGANA,

                Plaintiff - Appellant,

      v.

DOCTOR TESSEMA; COLIN OTTEY, Doctor; BEVERLY SPARKS, P.A.;
PA FLURY; R.N. BILL; DELORES ADAMS, R.N.; DON JANICE
GILMORE,

                Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Peter J. Messitte, Senior District
Judge. (8:10-cv-03493-PJM)

_____

Submitted: November 15, 2011     Decided: November 18, 2011

_____

Before NIEMEYER and KEENAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Joseph Lagana, Appellant Pro Se.  Philip Melton Andrews, Ryan
Alexander Mitchell, KRAMON & GRAHAM, PA, Baltimore, Maryland,
for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Lagana appeals the district court's order granting appellees' motion for summary judgment. We have reviewed the record and find no reversible error. Accordingly, we deny Lagana's motion for appointment of counsel and affirm for the reasons stated by the district court. <u>Lagana v. Tessema</u>, No. 8:10-cv-03493-PJM (D. Md. Aug. 15, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>